BEFORE: WILLIAM D. WALL                                      DATE: 11/27/06

UNITED STATES MAGISTRATE JUDGE                    TIME:  2:30 pm

DOCKET NO.  CV 05-4308                      ASSIGNED JUDGE: WEXLER

CASE NAME:   KANHOYE  v.  ATLANA INC.

                              CIVIL CONFERENCE

Initial _____ Status _____ Settlement _____ Pretrial _____

Other  TELEPHONIC/DISCOVERY

APPEARANCES:    Plaintiff        Anthony Ofodile


                Defendant       Gary Glaser


SCHEDULING:

1.    The next  Pretrial        conference will be held on December 13, 2006 at 10:00 am.


THE FOLLOWING RULINGS WERE MADE: The defendant's application of November 27,
2006 is GRANTED. The plaintiff shall produce to the defendants no later than November 30,
2006 certified and complete duplicates of the tape recordings in its possession, prepared by a
professional service.  The plaintiff shall also identify in writing the names of all those appearing
on the tapes, also by November 30, 2006. The pending depositions of defendants are adjourned
and may commence beginning December 4, 2006. Plaintiff's application to extend discovery
deadlines is DENIED. A joint proposed pretrial order shall be submitted at the next conference.




                              SO ORDERED


                               s/ William D. Wall

WILLIAM D. WALL
United States Magistrate Judge