UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
Kanhoye,  :
:
             Plaintiff, :   ORDER OF DISCONTINUANCE
:
   - against - :
:   2:05-cv-4308-ENV-WDW
:
Atlanta Inc. ,et al, :
:
:
             Defendants. :
:
------------------------------------------------------------X

VITALIANO, D.J.

    The Court having been advised that this action has been settled,

    Therefore, this action is discontinued without cost and with prejudice, except as to the right to reopen the action if the settlement is not consummated.

    The Clerk is directed to close this case.


    SO ORDERED.

DATED:    Brooklyn, New York
              7/7/2010

                                          _____
                                          ERIC N. VITALIANO
                                          U.S.D.J.